IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01670-WYD

ERIK BRENDAN JENSEN,

    Applicant,

v.

ARISTEDES W. ZAVARAS, Executive Director, Colorado Department of Corrections; STEVE HARTLEY, Warden, Limon Correctional Facility, Limon, Colorado; and JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

    Applicant Erik Brendan Jensen, a prisoner in the custody of the Colorado Department of Corrections, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Respondents' answer is due by February 19, 2010. After preliminary consideration of the application, I find that the state court record may be necessary for the resolution of this action. Accordingly, it is

    ORDERED that, pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, Respondents are directed **within thirty (30) days from the date of this Order** to submit to the to the Clerk of the Court in electronic format, if available, the complete record of Applicant's state trial in Douglas County District Court case number 98CR422, including transcripts and excluding any physical evidence not relevant to the asserted claims. It is

    FURTHER ORDERED that the Clerk of the Douglas County District Court produce the records as described in this Order that are in their possession and provide

the records to counsel for Respondents in this case for filing with this Court. It is

FURTHER ORDERED that the Clerk of this Court send a copy of this Order to both parties and to the Clerk of the Criminal Court, Douglas County District Court, Robert A. Christensen Justice Center, 4000 Justice Way, Suite 2009, Castle Rock, CO 80109.

Dated: February 1, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge