IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01670-RPM

ERIK BRENDAN JENSEN,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director, Colorado Department of Corrections;
STEVE HARTLEY, Warden, Limon Correctional Facility, Limon, Colorado; and
JOHN SUTHERS, Attorney General, State of Colorado,

    Defendants.

_____

ORDER
_____

    Upon consideration of the Motion by Petitioner for Leave to Reply to Answer to Application for Writ of Habeas Corpus [21], it is

    ORDERED that the motion is granted and Petitioner may file a reply on or before March 11, 2010.

    DATED:    February 12th, 2010

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge