IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01670-RPM

ERIK BRENDAN JENSEN,

     Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director, Colorado Department of Corrections;
STEVE HARTLEY, Warden, Limon Correctional Facility, Limon, Colorado; and
JOHN SUTHERS, Attorney General, State of Colorado,

     Defendants.

_____

ORDER GRANTING MOTION FOR LEAVE TO REPLY
_____

     Upon consideration of Petitioner's Motion for Leave to Reply to Response to

Motion to Amend Habeas Petition [38], it is

     ORDERED that the motion is granted and the deadline for petitioner to file a

reply is June 23, 2010.

     DATED:   June 14th, 2010

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior Judge