IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01670-RPM

ERIK BRENDAN JENSEN,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director, Colorado Department of Corrections;
STEVE HARTLEY, Warden, Limon Correctional Facility, Limon, Colorado; and
JOHN SUTHERS, Attorney General, State of Colorado,

    Defendants.
_____

ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY AS SUPPLEMENTED
_____

On September 30, 2010, the petitioner Erik Jensen filed an application for certificate of appealability under 28 U.S.C. § 2253(c) from this Court's ruling in the Order Denying Writ entered September 24, 2010, and the judgment thereon. On October 7, 2010, the petitioner filed a supplement making an explicit request that the certificate of appealability include the July 16, 2010, order denying the petitioner's motion to amend the habeas corpus petition to add a claim under *Graham v. Florida*, ___U.S. __, 130 S.Ct. 2011 (May 17, 2010). It is now

ORDERED that the application for certificate of appealability, as supplemented, is denied.

DATED: October 8th, 2010

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge