IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01670-RPM

ERIK BRENDAN JENSEN,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director, Colorado Department of Corrections;
STEVE HARTLEY, Warden, Limon Correctional Facility, Limon, Colorado; and
JOHN SUTHERS, Attorney General, State of Colorado,

    Defendants.

_____

ORDER GRANTING MOTION TO RETURN RECORDS TO STATE DISTRICT COURT
_____

    Upon review of Petitioner's Motion to Return State Court Record to State District Court [55] filed today, it is

    ORDERED that the motion is granted and the Clerk is directed to transmit the state court record back to the clerk of the Douglas County District Court.

    DATED:    January 27th, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior Judge